AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| Victoria S. Miller, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:23cv4091 |
| Nationwide Children's Hospital, Inc., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______________________ recover from the defendant *(name)* ______________________ the amount of ______________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________________ recover costs from the plaintiff *(name)* ______________________ .

☑ other: The Court GRANTS Defendant's Motion for Summary Judgment.

This action was *(check one)*:

☐ tried by a jury with Judge ______________________ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______________________ without a jury and the above decision was reached.

☐ decided by Judge ______________________ on a motion for

Date: 9/17/2025

*CLERK OF COURT*

s/Jennifer Kacsor

*Signature of Clerk or Deputy Clerk*